## FOURTH DEPARTMENT, OCTOBER, 1972

### (October 19, 1972)

■ In the Matter of the Probate of the Will of HERMAN BAUER, Deceased. RONALD S. COHEN, as Executor of HERMAN BAUER, Deceased, Respondent; FLORENCE S. DE FORTE, Appellant.— Decree unanimously affirmed, without costs to either party. (See *Matter of Kaufmann*, 15 N Y 2d 825.) (Appeal from decree of Erie County Surrogate denying probate.) Present — Goldman, P. J., Del Vecchio, Witmer, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. JACOBSON, Appellant.— Judgment unanimously affirmed. Memorandum: We do not condone the remarks of the District Attorney. However, in the light of the completeness of the charge, we do not find that they were prejudicial. (Appeal from judgment of Wyoming County Court adjudging defendant a youthful offender.) Present — Goldman, P. J., Del Vecchio, Moule and Cardamone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN G. HALKO, Appellant.— Judgment unanimously affirmed. Memorandum: The issue raised upon this appeal has been previously determined by this court in 37 A D 2d 916, which determination was based upon the decision in *People* v. *Bell*, (36 A D 2d 406, affd. 29 N Y 2d 882). (Appeal from judgment of Erie County Court convicting defendant of robbery, first degree.) Present — Goldman, P. J., Del Vecchio, Moule, Cardamone and Henry, JJ.